Matthew G. Ball, Esq. (CA Bar 208881)
Leah G. Shough, Esq. (CA Bar 239048)
**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
(matthew.ball@klgates.com)

Jeffrey P. Hinebaugh, Esq. (OH Bar 0059888)
Seth A. Schwartz, Esq. (OH Bar 0080961)
**DINSMORE & SHOHL LLP**
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
(jeff.hinebaugh@dinslaw.com)
(seth.schwartz@dinslaw.com)

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSAL EQUIPMENT LEASING COMPANY, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> FIFTH THIRD LEASING COMPANY, an Ohio Corporation, <br><br> Defendant. | Case No. C 06 7584 <br><br> ~~PROPOSED~~ **ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference in the above captioned matter, previously set for April 27, 2007, is rescheduled for May 18 ~~4~~, 2007. In accordance with Local Rule 16-2(d)(3), the following is the revised case management schedule:

SF-127400 v1 0304576-0120
~~PROPOSED~~ ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE

| Date | Event |
|---|---|
| 12/11/2006 | Complaint Filed |
| 4/13/2007 | Last Day to:<br>(1) Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>(2) File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 5/11/2007<br><s>4/27/2007</s> | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report |
| 5/18/2007<br><s>5/4/2007</s> | CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 17th floor at 1:30 PM |

SO ORDERED.

Date: __March 7, 2007__          ___[signature: Jeffrey S. White]___
                                 Jeffrey S. White, United States District Court Judge

---

2

<s>PROPOSED</s> ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE