IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL EQUIPMENT LEASING
COMPANY, LLC,

    Plaintiff,

  v.

FIFTH THIRD LEASING CO.,

    Defendant.

No. C 06-07584 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on August 3, 2007 on defendant Fifth Third Leasing Company's ("Defendant") motion to for leave to file a third-party complaint. The Court HEREBY ORDERS that plaintiff Universal Equipment Leasing Company, LLC's opposition to this motion shall be due by Thursday, July 5, 2007 and Defendant's reply, if any, shall be due by Thursday, July 12, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 20, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28