Douglas R. Young (State Bar No. 073248)
Kelly A. Woodruff (State Bar No. 160235)
Laura C. Roche (State Bar No. 174596)
David J. Lazerwitz (State Bar No. 221349)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
UNIVERSAL EQUIPMENT LEASING
COMPANY, LLC, a California limited liability
company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL EQUIPMENT LEASING COMPANY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FIFTH THIRD LEASING COMPANY, an Ohio corporation;<br><br>Defendant.<br><br>vs.<br><br>CINCOM SYSTEMS, INC., an Ohio Corporation,<br><br>Third-Party Defendant | Case No. C 06 7584 (JSW)<br><br>**STIPULATION TO MODIFY ADR SCHEDULE AND DEADLINE FOR COMPLETING FACT DISCOVERY; [PROPOSED] ORDER**<br><br>Complaint filed: December 11, 2006<br>Trial Date: Not set |

Plaintiff Universal Equipment Leasing Company LLC ("UEL"), Defendant Fifth Third Leasing Company ("Fifth Third") and Third-Party Defendant Cincom Systems, Inc. ("Cincom") hereby enter into this stipulation:

WHEREAS, on December 11, 2006, UEL filed with this Court a Complaint for Damages and Declaratory Relief against Fifth Third;

WHEREAS, on January 2, 2007, Fifth Third filed with this Court an Answer to UEL's Complaint;

STIPULATION AND PROPOSED ORDER
Case No. C 06 7584 JSW

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

20631\1367325.1

WHEREAS, on April 16, 2007, in response to UEL and Fifth Third's filing of a Stipulation Selecting ADR Process, the Court issued an Order which set January 15, 2008 as the deadline to complete private ADR with the Honorable Fern M. Smith of JAMS;

WHEREAS, on May 22, 2007, following a Case Management Conference, the Court issued an Order Scheduling Trial and Pretrial Matters which set pre-trial deadlines in the case including, among other things, January 15, 2008 as the deadline for the close of non-expert/fact discovery;

WHEREAS, on August 7, 2007, Fifth Third filed with this Court a Third-Party Complaint against Cincom;

WHEREAS, on October 8, 2007, Cincom filed with this Court an Answer to Fifth Third's Third-Party Complaint;

WHEREAS, UEL, Fifth Third and Cincom have met and conferred regarding scheduling ADR before JAMS and completing non-expert/fact discovery in this matter and, in order to accommodate Cincom's involvement as a third-party defendant, have agreed to extend the deadline to complete ADR from January 15, 2008 to January 31, 2008, and to extend the deadline to complete non-expert/fact discovery from January 15, 2008 to February 28, 2008;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, subject to the Court's approval, that:

1. The deadline for completing private ADR shall be January 31, 2008; and
2. The deadline for completing non-expert/fact discovery shall be February 28, 2008.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ~~PROPOSED~~ ORDER
Case No. C 06 7584 JSW      - 2 -      20631\1367325.1

| | |
|---|---|
| Dated: October 26, 2007 | FARELLA BRAUN + MARTEL LLP |
| | By: ___/s/ David J. Lazerwitz_____<br>         David J. Lazerwitz |
| | Attorneys for Plaintiff<br>UNIVERSAL EQUIPMENT LEASING COMPANY, LLC |
| Dated: October 26, 2007 | DINSMORE & SHOHL LLP |
| | By_____/s/_ Jeffrey P. Hinebaugh_____<br>        Jeffrey P. Hinebaugh<br>        (Admitted Pro Hac Vice) |
| | Attorneys for Defendant<br>FIFTH THIRD LEASING COMPANY |
| Dated: October 26, 2007 | FROST BROWN TODD LLC |
| | By_____/s/_ Susan Grogan Faller_____<br>        Susan Grogan Faller<br>        (Admitted Pro Hac Vice) |
| | Attorneys for Third-Party Defendant<br>CINCOM SYSTEMS, INC |

I, David Lazerwitz, attest that the content of this document is acceptable to all persons required to sign this document.

| | |
|---|---|
| Dated: October 26, 2007 | FARELLA BRAUN + MARTEL LLP |
| | By: ___/s/ David J. Lazerwitz_____<br>         David J. Lazerwitz |
| | Attorneys for Plaintiff<br>UNIVERSAL EQUIPMENT LEASING COMPANY, LLC |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ~~PROPOSED~~ ORDER
Case No. C 06 7584 JSW    - 3 -    20631\1367325.1

# [PROPOSED] ORDER

Based on the foregoing, and good cause appearing therefore, the Court orders that

1. The deadline for completing private ADR shall be January 31, 2008; and
2. The deadline for completing non-expert/fact discovery shall be February 28, 2008.

IT IS SO ORDERED.

Dated: __October 30__, 2007                  _____
JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
Case No. C 06 7584 JSW                    - 4 -                                    20631\1367325.1