1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
UNIVERSAL EQUIPMENT LEASING
COMPANY, LLC,
10                                              No. C 06-07584 JSW
          Plaintiff,
11
   v.
12                                              **ORDER RE DISCOVERY
FIFTH THIRD LEASING CO.,                        DISPUTE**
13
          Defendant.
14   _____/
15
16       The Court has received the parties' joint letter brief dated November 20, 2007, in which
17   Cincom Systems, Inc. ("Cincom") requests a sixty-day stay of discovery.  Having considered
     the parties' positions and relevant legal authority, the Court HEREBY DENIES Cincom's
18   request.
19
20       **IT IS SO ORDERED.**
21
22   Dated: November 20, 2007                   _____
                                                JEFFREY S. WHITE
23                                              UNITED STATES DISTRICT JUDGE
24
25
26
27
28

**United States District Court**
For the Northern District of California