Matthew G. Ball, Esq. (CA Bar 208881)
Leah G. Shough, Esq. (CA Bar 239048)
**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS, LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
(mball@klng.com)

Jeffrey P. Hinebaugh, Esq. (*admitted*, Pro Hac Vice)
Seth A. Schwartz, Esq. (*admitted*, Pro Hac Vice)
**DINSMORE & SHOHL LLP**
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
(jeff.hinebaugh@dinslaw.com)
(seth.schwartz@dinslaw.com)

*Attorneys for Defendant/Third Party Plaintiff*
FIFTH THIRD LEASING COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL EQUIPMENT LEASING COMPANY, LLC, a California Limited Liability Company,<br><br>        Plaintiff,<br><br>   vs.<br><br>FIFTH THIRD LEASING COMPANY, an Ohio Corporation,<br><br>        Defendant.<br><br>   vs.<br><br>CINCOM SYSTEMS, INC., an Ohio Corporation,<br><br>        Third-Party Defendant. | Case No. C 06 7584 (JSW)<br><br>**ORDER** |

This matter being before the Court on the Joint Motion of all parties to modify the Scheduling Order and deadlines for completion of fact and expert discovery, and the Court having been apprised of the discovery which has taken place to date and the parties' agreement as to the remaining fact witness depositions and expert discovery, IT IS HEREBY ORDERED that the Scheduling Order of May 22, 2007 be modified as follows:

The following depositions may occur after the close of non-expert -- fact discovery on February 28, 2008:

| | |
|---|---|
| UEL 30(B)(6) Deposition | March 7, 2008 |
| Paul Stojokavich | March 19, 2008 |
| Fifth Third Leasing 30(B)(6) Deposition | March 20, 2008 |
| Dan Vogel | March 21, 2008 |
| Gerald L. Shawhan | March 24, 2008 |
| Thomas Nies | March 25, 2008 |
| Paul Stojokavich (if necessary) | March 26, 2006 |
| Kenneth L. Byrne – (health permitting) | March 27, 2008 |

IT IS FURTHER ORDERED that the deadline for FRCP 26 expert witness disclosures shall be April 1, 2008, and that the deadline for disclosure of rebuttals to expert disclosures shall be May 15, 2008.

IT IS FURTHER ORDERED that the deadline for completion of expert discovery shall be June 16, 2008.

IT IS FURTHER ORDERED that if Plaintiff UEL does not disclose Norm York as an expert witness, the other parties may take his deposition as a fact witness on a mutually agreeable date prior to April 30, 2008.

All other dates set forth in the Court's Scheduling Order of May 22, 2007 and the Court's Order of October 30, 2007 shall remain in full force and effect.

Dated: Febraury 28, 2008

_____
The Honorable Jeffrey S. White