United States District Court

For the Northern District of California

1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   UNIVERSAL EQUIPMENT LEASING
    COMPANY, LLC,
10                                                    No. C 06-07584 JSW
                  Plaintiff,
11
       v.
12                                                    **ORDER DENYING OBJECTION**
    FIFTH THIRD LEASING CO.,                          **AND AFFIRMING THE**
13                                                    **DISCOVERY ORDER**
                  Defendant.
14   _____/

15

16

17          Now before the Court is the objection filed by third-party defendant Cincom Systems,

18   Inc. ("Cincom") to Magistrate Judge Joseph C. Spero's Discovery Order dated April 18, 2008

19   (the "Discovery Order"). Having carefully reviewed the objection and considered Cincom's

20   arguments and the relevant legal authority, and good cause appearing, the Court hereby

21   DENIES Cincom's objections and AFFIRMS the Discovery Order.

22          The District Court may modify or set aside any portion of a magistrate's ruling on non-

23   dispositive pre-trial motions found to be "clearly erroneous or contrary to law." Fed. R. Civ. P.

24   72(a); *see also, e.g., Grimes v. City and County of San Francisco*, 951 F.2d 236, 241 (9th Cir.

25   1991). A ruling is clearly erroneous if the reviewing court, after considering the evidence, is

26   left with the "definite and firm conviction that a mistake has been committed." *United States v.*

27   *U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948).

28

1     After a careful review of the Discovery Order, this Court finds that the Judge Spero's

2  ruling was not clearly erroneous or contrary to law.  Therefore, this Court DENIES Cincom's

3  Objections and AFFIRMS the Discovery Order dated April 18, 2008.

4     **IT IS SO ORDERED.**

5

6  Dated: May 8, 2008                                      _____

7                                                          JEFFREY S. WHITE
                                                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California