IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL EQUIPMENT LEASING COMPANY, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>FIFTH THIRD LEASING CO.,<br><br>    Defendant.<br>_____/ | No. C 06-07584 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on June 20, 2008 on the motion to intervene filed by Trustee Mark Greenberger. The Court HEREBY ORDERS that any opposition to this motion shall be filed by no later than May 22, 2008 and the reply brief, if any, shall be filed by no later than May 29, 2008

**IT IS SO ORDERED.**

Dated: May 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE