IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL EQUIPMENT LEASING
COMPANY, LLC,

    Plaintiff,

  v.

FIFTH THIRD LEASING CO.,

    Defendant.

No. C 06-07584 JSW

**ORDER RE HEARING DATE**

On May 16, 2008, plaintiff Universal Equipment Leasing Company, LLC ("UEL") filed a motion for partial summary judgment and noticed it to be heard on June 20, 2008. However, when UEL filed its notice, June 20, 2008 was not open for further hearings by this Court. Therefore, the Court DENIES UEL's administrative motion to "maintain its noticed hearing date." The Court directs UEL to renotice its motion for partial summary judgment on an open date.

The hearing on motion to intervene will remain on June 20, 2008.

**IT IS SO ORDERED.**

Dated: May 20, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE