IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL EQUIPMENT LEASING COMPANY, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>FIFTH THIRD LEASING CO.,<br><br>    Defendant.<br>_____/ | No. C 06-07584 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on July 18, 2008, on the motion for partial summary judgment filed by plaintiff Universal Equipment Leasing Company, LLC ("UEL"). The Court HEREBY ORDERS that any opposition to this motion shall be due by June 4, 2008 and Plaintiffs' reply, if any, shall be due by June 11, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 21, 2008

                                              JEFFREY S. WHITE<br>                                              UNITED STATES DISTRICT JUDGE