IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL EQUIPMENT LEASING COMPANY, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIFTH THIRD LEASING CO.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　/ | No. C 06-07584 JSW<br><br>**ORDER RE FIFTH THIRD LEASING COMPANY'S ADMINISTRATIVE MOTION** |

On May 23, 2008, defendant and third party plaintiff Fifth Third Leasing Company ("FTLC") filed an administrative motion to enlarge its time to oppose the motion for partial summary judgment filed by plaintiff Universal Equipment Leasing Company, LLC ("UEL"). The Court HEREBY ORDERS that FTLC shall file its opposition to the pending partial motion for summary judgment by no later than June 13, 2008. UEL shall file its reply, if any, by no later than July 11, 2008. The Court HEREBY CONTINUES the hearing date on the pending motion for partial summary judgment to August 8, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 3, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE