Ronald L. Richman, SBN 139189
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com

Susan Grogan Faller PRO HAC VICE
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, CA 45202
Telephone: 513.651.6941
Facsimile: 513.651.6981
E-Mail: SFaller@fbtlaw.com

Attorneys for Third Party Defendant
Cincom Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSAL EQUIPMENT LEASING COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FIFTH THIRD LEASING CO.,<br><br>    Defendant.<br><br>v.<br><br>CINCOM SYSTEMS, INC. | Case No.: C 06 7584 JSW (JCS)<br><br>**ORDER TO ENLARGE TIME TO OPPOSE MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## ORDER

On June 3, 2008 this Court issued its Order Re Fifth Third Leasing Company's Administrative Motion ("Order") enlarging the time for Fifth Third Leasing Company ("Fifth Third") to oppose the motion for partial summary judgment filed by Plaintiff Universal Equipment Leasing Company, LLC ("UEL").

IT IS HEREBY ORDERED that this Court's Order and all new deadlines set forth in the Order shall also apply to Third Party Defendant Cincom Systems, Inc. ("CSI"):

- Fifth Third and CSI shall file their respective oppositions to the pending partial motion for summary judgment no later than June 13, 2008;
- UEL shall file its reply, if any, no later than July 11, 2008; and
- Hearing on the pending motion is continued to August 8, 2008 at 9:00 a.m.

DATED: ~~June 3~~ June 4, 2008

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

10595108.1