<div style="margin-left: sidebar">**United States District Court**
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL EQUIPMENT LEASING COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FIFTH THIRD LEASING CO., <br><br> Defendant. | No. C 06-07584 JSW <br><br> **ORDER RE DEBTOR'S MOTION TO INTERVENE** |

Now before the Court is the motion to intervene filed by Cincom iOutsource, Inc. ("Debtor"). The Court is tentatively inclined to: (1) grant the Debtor's motion to intervene; (2) decline to sever the action filed by plaintiff Universal Equipment Leasing Company, LLC ("UEL") against Fifth Third Leasing Company ("FTLC") from FTLC's third-party complaint against Cincom Systems, Inc. ("Cincom"); and (3) stay this matter pursuant to 11 U.S.C. § 362. However, the Court notes that the issue of whether this matter should be stayed pursuant to 11 U.S.C. § 362 is also currently pending before the United States Bankruptcy Court for the Southern District of Ohio. The Court is hesitant to issue a ruling which may conflict with a determination by the Bankruptcy Court. Therefore, the Court will defer ruling on these matters until after the Bankruptcy Court resolves the pending motion to stay. The Court HEREBY VACATES the hearing on UEL's motion for summary judgment, the deadline to file dispostive motions, the pretrial conference and the trial date and will reset these dates if necessary. The

parties are directed to inform this Court of the Bankruptcy Court's ruling within five days of its order.

**IT IS SO ORDERED.**

Dated: June 20, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2