Kelly A. Woodruff (State Bar No. 160235)
kwoodruff@fbm.com
David J. Lazerwitz (State Bar No. 221349)
dlazerwitz@fbm.com
Laura C. Roche (State Bar No. 174596)
lroche@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
UNIVERSAL EQUIPMENT LEASING
COMPANY, LLC, a California limited liability
company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL EQUIPMENT LEASING COMPANY, LLC, a California limited liability company, | Case No. C 06 7584 (JSW) |
| Plaintiff, | [PROPOSED] ORDER RE PLAINTIFF UNIVERSAL EQUIPMENT LEASING COMPANY, LLC'S MOTION FOR ADMINISTRATIVE RELIEF |
| vs. | |
| FIFTH THIRD LEASING COMPANY, an Ohio corporation; | Judge: Hon. Jeffrey White |
| Defendant, | Complaint filed: December 11, 2006<br>Trial Date: November 18, 2008 |
| vs. | |
| CINCOM SYSTEMS, INC., an Ohio corporation, | |
| Third-Party Defendant. | |

## ORDER

The administrative motion of Plaintiff Universal Equipment Leasing Company, LLC

("UEL") seeking permission to exceed the page limit in reply to the opposition briefs of Fifth

Third Leasing Company and Cincom Systems, Inc. and to clarify the summary judgment briefing

schedule has been reviewed by the Court. Having read and considered the papers submitted,

1            IT IS HEREBY ORDERED that (1) UEL may file a combined reply brief of 25 pages in

2   length in support of its motion for summary judgment; and (2) UEL shall file its combined reply

3   brief three weeks prior to the date on which the hearing on its motion for summary judgment is

4   reset by the Court.

5

6   DATED:   June 30, 2008

                                 HONORABLE JEFFREY S. WHITE

7                                  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE PLAINTIFF'S
MOTION FOR ADMINISTRATIVE RELIEF      - 2 -               20631\1620529.1
Case No. C 06 7584 JSW