IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL EQUIPMENT LEASING, LLC

    Plaintiff,

v.

FIFTH THIRD LEASING CO.,

    Defendant.
    _____/

No. 06-07584 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On June 20, 2008, this Court entered an Order vacating the hearing on Plaintiffs' motion for summary judgment, pending a ruling by the United States Bankruptcy Court for the Southern District of Ohio as to whether this matter should be stayed pursuant to 11 U.S.C. § 362. There has been no further action in this case, and the parties have not advised this Court whether the Bankruptcy Court has issued a ruling.

Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court by no later than November 14, 2008, advising the Court of the status of the proceeding before the Bankruptcy Court and whether it has ruled on the issue of a stay.

**IT IS SO ORDERED.**

Dated: November 3, 2008

                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE