IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL EQUIPMENT LEASING
COMPANY, LLC,

    Plaintiff,

  v.

FIFTH THIRD LEASING CO.,

    Defendant.

No. C 06-07584 JSW

**ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION FOR LEAVE**

    This matter is set for a hearing on April 10, 2009, on the motion for leave to file a motion to transfer by Fifth Third Leasing Company. The Court HEREBY ORDERS that any opposition to this motion shall be due by March 16, 2009 and Plaintiffs' reply, if any, shall be due by March 23, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: March 2, 2009

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE