IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL EQUIPMENT LEASING COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIFTH THIRD LEASING CO.,<br><br>Defendant. | No. C 06-07584 JSW<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE A MOTION TO TRANSFER** |

Now before the Court is the motion for leave to file a motion to transfer by Fifth Third Leasing Company ("FTLC"). The Court finds that this matter is appropriate for disposition without oral argument and it is hereby deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for April 10, 2009 is HEREBY VACATED. FTLC's third-party complaint against Cincom Systems, Inc. is stayed pursuant to 11 U.S.C. § 362. The bankruptcy court has the exclusive authority to grant relief from the automatic stay. *See In re McGhan*, 288 F.3d 1172, 1181 n.10 (9th Cir. 2002). Any actions or judicial proceedings taken in violation of the automatic stay are void. *Id.* at 1179. FTLC has not demonstrated that the Court has the authority to adjudicate a motion to transfer while this case is stayed pursuant to 11 U.S.C. § 362. Therefore, the Court DENIES FTLC's motion for leave to file a motion to transfer.

**IT IS SO ORDERED.**

Dated: April 8, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE