| | |
|---|---|
| 1 | Jeffrey P. Hinebaugh, Esq. (OH Bar 0059888) |
| | Seth A. Schwartz, Esq. (OH Bar 0080961) |
| 2 | **DINSMORE & SHOHL LLP** |
| | 1900 Chemed Center |
| 3 | 255 East Fifth Street |
| | Cincinnati, OH 45202 |
| 4 | Telephone: (513) 977-8200 |
| | Facsimile: (513) 977-8141 |
| 5 | (jeff.hinebaugh@dinslaw.com) |
| | (seth.schwartz@dinslaw.com) |
| 6 | *Attorneys for Defendant Fifth Third Leasing Company* |
| 7 | Ronald L. Richman, SBN 139189 |
| | **BULLIVANT HOUSER BAILEY PC** |
| 8 | 601 California Street, Suite 1800 |
| | San Francisco, CA 94108 |
| 9 | Telephone: (415) 352-2700 |
| | Facsimile: (415) 352-2701 |
| 10 | E-Mail: ron.richman@bullivant.com |
| 11 | Susan Grogan Faller, *PRO HAC VICE* |
| | **FROST BROWN TODD LLC** |
| 12 | 2200 PNC Center |
| | 201 East Fifth Street |
| 13 | Cincinnati, OH 45202 |
| | Telephone: (513) 651-6941 |
| 14 | Facsimile: (513) 651-6981 |
| | E-mail: SFaller@fbtlaw.com |
| 15 | *Attorneys for Third-Party Defendant* |
| | *Cincom Systems, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIVERSAL EQUIPMENT LEASING COMPANY, LLC, a California limited liability company, | | Case No. C 06 7584 (JSW) |
| | | [PROPOSED] **ORDER DISMISSING DEFENDANT FIFTH THIRD LEASING COMPANY'S ACTION AGAINST THIRD-PARTY DEFENDANT CINCOM SYSTEMS, INC.** |
| Plaintiff, | | |
| vs. | | |
| FIFTH THIRD LEASING COMPANY, an Ohio corporation; | | |
| Defendant, | | |
| vs. | | |
| CINCOM SYSTEMS, INC., an Ohio corporation, | | |
| Third-Party Defendant. | | |

[PROPOSED] ORDER
Case No. C 06 7584 JSW

1921138.1

Now before the Court is the motion of Defendant Fifth Third Leasing Company ("Fifth Third") and Third-Party Defendant Cincom Systems, Inc. ("Cincom") for voluntary dismissal of Fifth Third's action against Cincom with prejudice.

Having reviewed the pleadings on file in this action and the motion, and having considered the arguments and relevant legal authority, and good cause appearing, the motion is **HEREBY GRANTED**.

**IT IS HEREBY ORDERED** that Fifth Third's action against Cincom is **DISMISSED** with prejudice, with both parties to bear their own costs, fees, and expenses associated with this action. Since no claims remain in this action, the case is dismissed.

Dated: June 9, 2011

HON. JEFFREY S. WHITE

[PROPOSED] ORDER
Case No. C 06 7584 JSW

- 2 -

1921138.1